Richard A. Mata, Bar No. 162513
LAW OFFICES OF RICHARD A. MATA
3129 S. Hacienda Blvd., Suite 510
Hacienda Heights, CA 91745
Telephone:     (562) 715-5543
Fax:           (562) 947-9708

Attorney for Defendant Stephen Reeder

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN REEDER,<br><br>Defendant. | Case No. SA CR 01-135-AHS<br><br>~~PROPOS~~ED ORDER PERMITTING DEFENDANT STEPHEN REEDER TO LEAVE JURISDICTION OF COURT<br><br>Current Trial Date:<br>06/25/02 |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the passport of Defendant Stephen Reeder, be returned to him and he be permitted to leave the jurisdiction of the Court temporarily for a period of ten (10) consecutive days to travel to Zurich, Switzerland in connection with Defendant's work. Such permission is granted upon the express condition that defendant advises United States Pre-trial Services Officer Michael Baker in advance of his departure and furnishes said Officer in writing, a scheduled itinerary, including his anticipated date of return to the jurisdiction of this Court.

///

ENTER ON ICMS
FEB 21 2002

1

Order Permitting Defendant Stephen Reeder to Leave the Jurisdiction of the Court

1  Upon defendant's return to this jurisdiction he is to
2  ~~again~~ *immediately* surrender his passport to Officer Michael Baker.

3
4  Dated: February 19, 2002         _____
                                    United States District Judge

2

Order Permitting Defendant Stephen Reeder to Leave the
Jurisdiction of the Court