```
MICHAEL PANCER CSB ##043602
105 West "F" St., 4th Fl.
San Diego, CA 92101
(619) 236-1826

Attorney for Defendants
DIANE CAROLINE FULLERTON
and
RAYMOND L. HASTEY, JR.
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR 01-135 |
| Plaintiff, | ORDER MODIFYING DEFENDANT DIANE FULLERTON'S BOND |
| vs. | |
| DIANE CAROLINE FULLERTON | |
| Defendant. | |

DENIED* BY ORDER OF ALICEMARIE H. STOTLER UNITED STATES DISTRICT JUDGE on JUN 1 0 2003

\* without prejudice

For good cause shown,

IT IS HEREBY ORDERED that the conditions of release for defendant DIANE CAROLINE FULLERTON are modified to allow her to travel anywhere within the continental United States for work purposes so long as she advises Pretrial Services at least 24 hours prior to her leaving the State of Georgia.

Dated: _____

HON. ALICEMARIE H. STOTLER
DISTRICT COURT JUDGE

Cc: USMSA
    PSASA
    USPO

ENTER ON ICMS
JUN 1 0 2003