ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

JUL -9 2003

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DENIED
BY ORDER OF
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE
ON  JUL - 9 2003 _____

LODGED
CLERK, U.S. DISTRICT COURT

JUL - 7 2003

CENTRAL DISTRICT OF CALIFORNIA
BY SOUTHERN DIVISION DEPUTY

1   MICHAEL PANCER CSB ##043602
    105 West "F" St., 4th Fl.
2   San Diego, CA 92101
    (619) 236-1826
3
    Attorney for Defendants
4   DIANE CAROLINE FULLERTON
    and
5   RAYMOND L. HASTEY, JR.
6
7                UNITED STATES DISTRICT COURT

8             FOR THE CENTRAL DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,          )   SA CR 01-135
                                       )
10                 Plaintiff,          )   ORDER MODIFYING
                                       )   DEFENDANT DIANE
11  vs.                                )   FULLERTON'S BOND
                                       )
12  DIANE CAROLINE FULLERTON           )
                                       )
13                 Defendant.          )
    _____)

*No indication PSA can supervise defendant

14          For good cause shown,

15          IT IS HEREBY ORDERED that the conditions of release for

16  defendant DIANE CAROLINE FULLERTON are modified to allow her to travel

17  to the State of Florida for work purposes so long as she advises Pretrial Services

18  at least 24 hours prior to her leaving the State of Georgia.

19  Dated:

20

21          HON. ALICEMARIE H. STOTLER
            DISTRICT COURT JUDGE

22

23

24

25

26          ENTER ON ICMS

27          JUL 11 2003

28  cc: USPO
        PSA SA
        USMSN