```
 1  DEBRA W. YANG
    United States Attorney
 2  JOHN C. HUESTON
    Assistant United States Attorney
 3  Chief, Santa Ana Branch Office
    JOHN D. EARLY (State Bar No. 166668)
 4  Assistant United States Attorney
         Ronald Reagan Federal Bldg. and U.S. Courthouse
 5       411 West Fourth Street, Suite 8000
         Santa Ana, California 92701
 6       Telephone: (714) 338-3500
    Attorneys for Plaintiff
 7  UNITED STATES OF AMERICA
```

SEND
FILED
CLERK, U.S. DISTRICT COURT
JUL 2 5 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
JUL 2 3 2003
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. SA CR 01-135-AHS |
|---|---|---|
| Plaintiff, | ) | STIPULATION REGARDING CONTINUANCE OF TRIAL DATE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | ) | |
| STEPHEN REEDER, | ) | |
| Defendant. | ) | New Trial Date: 12-9-03<br>Time: 9:00 a.m.<br>Exhibits Conference Date:<br>12-5-03, at 3:00 p.m. |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and defendant Steven Reeder ("defendant") by and through his counsel of record, James Riddet, hereby stipulate as follows:

1. Defendant first appeared before a judicial officer in the court in which this charge is pending on October 31, 2001. The Indictment in this case was filed on August 15, 2001. The Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq., originally required that the trial commence on or before January 9, 2002.

2. On November 5, 2001, defendant was arraigned on the Indictment and a trial date of January 2, 2002 was set. Pursuant to various orders, the trial has been continued, the most recent

cc: USAO-SA
    USPO
    PSA-SA

ENTER ON ICMS

JUL 2 9 2003

95

continuance to October 14, 2003, and the Court has found the time period from January 2, 2002 to and including October 14, 2003 excludable pursuant to 18 U.S.C. § 3161(h)(8)(A). The parties currently estimate that the trial in this matter will last approximately two weeks.

3.  By this stipulation, the parties jointly move to continue the trial date to December 9, 2003 at 9:00 a.m.

4.  The parties agree and stipulate, and request that the Court find the following:

   a.  Defendant's counsel is currently engaged in a lengthy federal fraud trial in Los Angeles, United States v. Berger and Metz. That case had been postponed by about one month because defense counsel was recuperating from a knee injury. As a result of that delay, another case in which defendant's counsel is engaged, United States v. Khan, SA CR 02-80-DOC, was continued to September 30, 2003. Because of these conflicts, defendant's counsel does not have sufficient time to prepare this case for trial under the current trial date, and could not be prepared until December 9, 2003 in light of his current trial schedule.

   b.  This case involves voluminous discovery, including over 15,000 pages of discovery material. Defendant's counsel needs additional time to prepare for trial and a failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   c.  In addition, a failure to grant the above-requested continuance would deny defendant counsel of his choice and the continuity of that counsel.

1  5. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence: The time period of October 14, 2003 to and including December 9, 2003 is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) because it results from a continuance granted by the judge at the defendant's request on the basis of the judge's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6. Nothing in order shall preclude a finding that other provisions of the Speedy Trial Act dictate that more time periods are excludable from the period within which trial must commence.

IT IS SO STIPULATED.            DEBRA W. YANG
                                United States Attorney

                                JOHN C. HUESTON
                                Assistant United States Attorney
                                Chief, Santa Ana Branch Office

_____              _____
DATE                           JOHN D. EARLY
                               Assistant United States Attorney
                                    Attorneys for Plaintiff

_____              _____
DATE                           JAMES D. RIDDET
                               Attorney for Defendant
                               Stephen Reeder

_____              _____
DATE                           STEPHEN REEDER
                               Defendant

3

1    5.  Based on the above-stated findings, the ends of justice
2  served by continuing the case as requested outweigh the interest
3  of the public and the defendant in a trial within the original
4  date prescribed by the Speedy Trial Act.
5    5.  For the purpose of computing time under the Speedy
6  Trial Act, 18 U.S.C. § 3161, et seq., within which trial must
7  commence: The time period of October 14, 2003 to and including
8  December 9, 2003 is deemed excludable pursuant to 18 U.S.C.
9  § 3161(h)(8)(A) because it results from a continuance granted by
10 the judge at the defendant's request on the basis of the judge's
11 finding that the ends of justice served by taking such action
12 outweigh the best interest of the public and the defendant in a
13 speedy trial.
14   6.  Nothing in order shall preclude a finding that other
15 provisions of the Speedy Trial Act dictate that more time periods
16 are excludable from the period within which trial must commence.
17 IT IS SO STIPULATED.    DEBRA W. YANG
                          United States Attorney

                          JOHN C. HUESTON
                          Assistant United States Attorney
                          Chief, Santa Ana Branch Office

7/22/03
DATE                      /s/ John D. Early
                          JOHN D. EARLY
                          Assistant United States Attorney
                          Attorneys for Plaintiff

7/22/03                                        (per Faxed
DATE                      /s/ John Early        authorization
                          JAMES D. RIDDET        on 7/22/03)
                          Attorney for Defendant
                          Stephen Reeder

7/22/03
DATE                      /s/ Stephen Reeder
                          STEPHEN REEDER
                          Defendant

3

1     IT IS SO FOUND AND ORDERED on   JUL 2 5 2003  , ~~2003~~

2     IT IS FURTHER ORDERED THAT defendant Stephen Reeder shall

3 appear in Courtroom 10A of the United States Courthouse, 411 West

4 Fourth Street, Santa Ana, CA on December 9, 2003 at 9:00 a.m.

5 Counsel for the parties are ordered to appear for an Exhibits

6 Conference in Courtroom 10A on Friday, December 5, 2003 at 3:00

7 p.m.

8                                 _____

                                 HONORABLE ALICEMARIE H. STOTLER

9                                  UNITED STATES DISTRICT JUDGE

4

## CERTIFICATE OF SERVICE BY MAIL

I, **STEPHANIE GARCIA**, declare:

That I am a citizen of the United States and resident or employed in Orange County, California; that my business address is Office of United States Attorney, United States Courthouse, Suite 8000, 411 West Fourth Street, Santa Ana, California 92701; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on **July 23, 2003**, I deposited in the United States mail, Santa Ana, California in the above-entitled action, in an envelope bearing the requisite postage, a copy of **STIPULATION REGARDING CONTINUANCE OF TRIAL DATE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER**
addressed to: **SEE ATTACHMENT**
at the last known address, at which place there is delivery service by United States mail.

This Certificate is executed on **July 23, 2003** at Santa Ana, California.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Stephanie Garcia*
STEPHANIE GARCIA

**ATTACHMENT**

JAMES D. RIDDET
3 IMPERIAL PROMENADE
SUITE 750
SANTA ANA, CA 92707